# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Paez, Richard A. | U.S. Court of Appeals for the Ninth Circuit | 07/23/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. Court of Appeals
125 S. Grand Avenue
Pasadena, CA 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Western Justice Center, Pasadena, CA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1986 | California Judges Retirement System |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 07/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | California Judges Retirement System | $98,600.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | OptumCare Management, LLC (salary) |
| 2. 2019 | IBM (pension) |
| 3. 2019 | Self-employed (HR consultant) |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔  NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 07/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. Strategic Advisers Core Fund (FCSAX) | C | Dividend | L | T | Sold<br>(part) | 01/30/19 | J | C | |
| 3. | | | | | Sold<br>(part) | 04/03/19 | J | A | |
| 4. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 5. Strategic Advisers Growth Fund (FSGFX) | B | Dividend | K | T | Sold<br>(part) | 03/07/19 | J | C | |
| 6. | | | | | Sold<br>(part) | 06/27/19 | J | B | |
| 7. | | | | | Sold<br>(part) | 12/05/19 | J | | |
| 8. Strategic Advisers Val. Fund (FVSAX) | B | Dividend | K | T | Sold<br>(part) | 04/03/19 | J | | |
| 9. | | | | | Sold<br>(part) | 09/26/19 | J | | |
| 10. Strategic Advisers Emerging Markets (FSAMX) | A | Dividend | J | T | | | | | |
| 11. Strategic Advisers Small-mid Cap Fund (FSCFX) | A | Dividend | K | T | Sold<br>(part) | 03/07/19 | J | | |
| 12. Strategic Advisers International Fund (FILFX) | B | Dividend | K | T | Sold<br>(part) | 03/07/19 | J | | |
| 13. Fidelity SAI U.S. Large Cap Index (FLCPX) | A | Dividend | J | T | | | | | |
| 14. Fidelity SAI Intl Index (FIONX) | A | Dividend | J | T | Sold<br>(part) | 04/03/19 | J | A | |
| 15. | | | | | Sold<br>(part) | 09/26/19 | J | A | |
| 16. Fidelity SAI Emerging Markets Index (FERGX) | A | Dividend | J | T | Sold<br>(part) | 04/03/19 | J | | |
| 17. AQR Equity Mkt Neutral Cl N (QMNNX) | | None | | | Sold<br>(part) | 03/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/03/19 | J | | |
| 19. | | | | | Sold | 05/30/19 | J | A | |
| 20. AQR Managed Futures Fund CL N (AQMNX) | A | Dividend | J | T | Buy (add'l) | 04/03/19 | J | | |
| 21. ASG Managed Fut Strat Fund Cl Y (ASFYX) | | None | | | Sold | 04/03/19 | J | A | |
| 22. Strategic Advisers Sht Duration Fund (FAUDX) | D | Dividend | M | T | Buy (add'l) | 01/30/19 | J | | |
| 23. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 24. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 25. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 26. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 27. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 28. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 29. Strategic Advisers Core Income Fund (FPCIX) | D | Dividend | N | T | Buy (add'l) | 03/07/19 | J | | |
| 30. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 31. | | | | | Sold (part) | 05/30/19 | J | A | |
| 32. | | | | | Sold (part) | 09/26/19 | J | A | |
| 33. | | | | | Buy (add'l) | 12/06/19 | J | | |
| 34. Doubleline Tot Ret Bd Fd Cl N (DLNTX) | B | Dividend | K | T | Buy (add'l) | 04/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Eaton Vance Global MACRO ABSLTE RT CL1 (EIGMX) | A | Dividend | | | Sold | 04/03/19 | J | A | |
| 36. | Eaton Vance Global MACRO ABSLTE RT CL A (EAGMX) | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 37. | | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 38. | Pimco Commodity Real Return Inst (PCRIX) | A | Dividend | | | Sold | 12/05/19 | J | A | |
| 39. | FIMM Govt Port: Inst'l CL (FRGXX)<br>(Money Market) | A | Dividend | J | T | Sold<br>(part) | 02/11/19 | J | | |
| 40. | | | | | | Buy<br>(add'l) | 03/07/19 | J | | |
| 41. | | | | | | Sold<br>(part) | 05/13/19 | J | | |
| 42. | | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 43. | | | | | | Sold<br>(part) | 08/26/19 | J | | |
| 44. | | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 45. | | | | | | Sold<br>(part) | 11/18/19 | J | | |
| 46. | | | | | | Buy<br>(add'l) | 12/05/19 | J | | |
| 47. | IRA #2 (H) | | | | | | | | | |
| 48. | Fidelity Asset Mgr 30% (FTANX) | B | Dividend | K | T | Redeemed<br>(part) | 04/01/19 | J | A | |
| 49. | BROKERAGE #1 (H) | | | | | | | | | |
| 50. | Fidelity Government Money Market (SPAXX) | B | Interest | K | T | | | | | |
| 51. | Fidelity CA Muni MM (FCFXX) | A | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Asset Mgr 20% (FASIX) | D | Dividend | M | T | | | | | |
| 53. BROKERAGE #2 (H) | | | | | | | | | |
| 54. Fidelity Magellan (FMAGX) | A | Dividend | J | T | | | | | |
| 55. 401K #1 (H) | | | | | | | | | |
| 56. Fidelity Govt Money Market (SPAXX) | A | Interest | K | T | | | | | |
| 57. Fidelity Intl Index (FSIVX) | A | Dividend | J | T | | | | | |
| 58. Lazard Emerg Mkts Eq Is (LZEMX) | A | Dividend | J | T | | | | | |
| 59. AF Europac Growth R6 (RERGX) | A | Dividend | J | T | | | | | |
| 60. Northern SM Cap Val (NOSGX) | A | Dividend | J | T | Buy | 06/17/19 | J | | |
| 61. Vang SM Cap Idx Inst (VSCIX) | A | Dividend | J | T | Buy | 06/17/19 | J | | |
| 62. Loomis Sm Cap Growth N (LSSNX) (Y) | | | | | | | | | |
| 63. Fidelity Ext Mkt Idx (FSEVX) | A | Dividend | | | Sold | 06/17/19 | J | | |
| 64. Fidelity Low Priced Stk K (FLPKX) (Y) | | | | | | | | | |
| 65. MFS Mid Cap Growth R6 (OTCKX) | | None | J | T | | | | | |
| 66. Vanguard Inst Index (VINIX) | A | Dividend | K | T | | | | | |
| 67. Vanguard Windsor II ADM | A | Dividend | K | T | | | | | |
| 68. Vanguard Primecap ADM (VPMAX) | A | Dividend | | | Sold | 06/17/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Pimco Tot Return Inst (PTTRX) | A | Dividend | L | T | | | | | |
| 70. Vanguard Tot Bd Mkt Inst (VBTIX) | A | Dividend | J | T | | | | | |
| 71. COLLEGE ACCT #1 (H) | | | | | | | | | |
| 72. Fidelity Asset Mgr 70% (FASGX) | B | Dividend | K | T | | | | | |
| 73. COLLEGE ACCT #2 (H) | | | | | | | | | |
| 74. Fidelity Asset Mgr 70% (FASGX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Paez, Richard A.** | 07/23/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

OptumCare Management, LLC was DaVita Medical Group.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard A. Paez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544